## BUILDING DIVISION/POLICE DEPARTMENT
## PROJECT 87/88 PROPERTIES

The City of St. Louis Building Division and the St. Louis City Police Department are conducting a program which involves building inspections that are generated by illegal narcotic related incidents and nuisance properties as defined by Ordinance #63695 Section PM-105.10 of the BOCA National Property Maintenance Code. This is a joint effort to target properties which violate any provisions of this ordinance. In addition, if the building inspectors find violations that warrant condemnation, the inspectors will Condemn for Occupancy pursuant to Section BC-119.0 of Ordinance #63703. The program may remove irresponsible tenants or property owners in which illegal and/or provocative activities are taking place and assist property owners in taking steps to abate a public nuisance. This cooperative effort offers a unique tool to neighborhood stabilization in the City of St. Louis.

The Building Division has assigned a building inspector to each area police station. Office space and access to a telephone have been provided for each inspector. The officer-in-charge will be the police department's contact with the building inspector.

All inspectors assigned to Project 87/88 will work from 8am to 5pm daily but will be on 24 hour call for immediate request by the police department for **Project 87** issues only. The inspectors will keep their supervisor informed of all assignments being performed with the police department. After all the paperwork has been completed and assignments have been distributed at the Building Division, the inspectors will report to their assigned area station. At this time the following area station assignments are:

Area I John MacEnulty;  Area II Hershell Wallace;  Area III ~~Bailie Lowe~~ // Frank Friel
STATION EXEC.

The inspectors will report to the station's officer-in-charge for work assignments and proceed to the field.

The police department may request the services of an inspector as outlined in the procedure utilizing Project 87 or Project 88 ~~to accompany them to execute a search warrant or consent to search at nuisance properties~~ by contacting the inspectors at the stations or by pager. Building inspectors should have as much advanced notice as possible. The police department will contact the inspectors and will provide the transportation or the inspector will meet the police at a designated area.

The building inspector will notify the proper contact person at the police department whenever a posting or a reinspection is due and arrangements are made for a police escort.

Police officers that are not assigned specifically to the program and observed building code violations while on police business within any premise, may provide information to the officer-in-charge who then notifies the inspector. *for nuisance form to pros 87/88.*
*or leave in designated spot in station*

1

DEFENDANT'S EXHIBIT
J

1018

PLAINTIFF'S EXHIBIT
12
(H. Wallace)

## BUILDING DIVISION PROJECT 87 PROCEDURE

Whenever the Police Department request an inspection by the Building Division, the following is our procedure:

1. The building division inspector will be requested by the police at the Area station, or designated staging area. Once the premise is secured and safe, the inspector will be escorted to the violation address and perform an interior and exterior inspection.

2. All paperwork will be turned in the following work day for processing after being proofread by the immediate supervisor. Clerical will verify all outstanding violation notices. All inspections should be current. The inspection date and the date of the notice should be no longer than three (7) working days.

3. The inspector will notify the other sections of 87/88's involvement by way of an advisory form. All existing Property Maintenance Code, Housing Conservation District and Occupancy Permit reinspection notices should be abated.

4. Premises condemned under project 87/88 are to remain in that status during the appeal time frame to include all reinspection pertaining to the appeal decision.

5. Condemned properties will remain condemned until required permits are issued and major violations are complied. Exterior PMC complaints on vacant Project 87/88 properties are to be handled by the precinct inspectors. Vacant and open Project 87/88 properties are to be handled as per Inspection Manual.

6. All building permits addressing condemnation violations will be the responsibility of project 87/88.

7. Certificate of Use and Occupancy applications that are flagged Condemned for Occupancy under project 87/88, the precinct inspector must consult the condemnation with the Project 87/88 inspector prior to the inspection.

8. Once the Condemnation for Occupancy is lifted, the inspectors will notify the appropriate section via advisory form.

**1019**

## PROJECT 87/88 INSPECTOR DUTIES

1. Accompany police on, nuisance properties, search warrants, consent to search and secured properties for code violations.

2. Provide inspection reports or condemnation resulting from narcotic incursions or nuisance properties.

3. Coordinate with the police department and the Building Division board up crew for securing of condemned property.

4. Represent the Building Division at the Board of Building Appeals.

5. Maintain contact with the area station officer-in-charge at the assigned station.

6. Postings for Operation Safestreet.

7. Make other inspections and reinspections as assigned.

8. Ride with the police and make other inspections requested by the police while on call for service, if the situation is narcotic related, a signed consent to inspect form is required.

9. In performing your duties as an inspector, customer service can not be overly emphasized. All inspectors are advised to treat citizens with common decency, respect and professionalism, even when occupants or owners are under duress. Violations should only be discussed at the time of inspection with the property owner(s) or legal tenant. The discussion should be keep at a minimum, disclosing the major violations.

10. Refer all speaking engagement request to the immediate supervisor for approval.

1020

## CONDEMN FOR OCCUPANCY - PROJECT 87

**ORDINANCE #63703 SECT. 119.0 IS THE PROVISION FOR CONDEMNATION**

Use existing format for condemnation processing :

Inside folder - include

1. CFO check off sheet (with full legal address)
2. Int/ext. check-off sheets. (Specify unit, if different from full legal address on the interior sheet)
3. Ownership (date of the ownership must be the same date or up to _3_ days after inspection date)
4. Current demolition release slip
5. Personal contact form (appropriate information should be documented).
6. Photographs

I.  FIRST POSTING - POST WITH LETTER ONLY - TAKE ONE (1)  PHOTO
II. SECOND POSTING = Ten (10) day Reinspection*

   * Check for pending appeals (appeals secretary Mrs Lynn Wente) and check assessor's ownership for new owner, _prior_ to posting placard.

   1. If occupied: give verbal warning to occupants allowing 24 to 48 hours to vacate before securing unit/building.

   2. if vacant: placard unit/building and consult with the immediate supervisor.

   3. It is the responsibility of the Police Department to verify all units are vacant _prior_ to ordering the property secured.

## CONDEMNATION FOR OCCUPANCY -PROJECT 88

Same as Project 87 only coded Project 88

5

**1021**

## MANDATORY ITEMS TO BE IN FILE BEFORE:

### POSTING CONDEMNATION

1. Inspectors report (those items warranting condemnation, including detailed photographs of all major violations.

2. Copy of the search warrant, consent to search or inspect, or nuisance referral form.

3. All standard condemnation information.

4. Placard must be posted and photographed the same day as the notice is dated.

### SECURING OF PREMISE/UNIT

1. Copy of the police report or documentation verifying the nuisance.

2. Items 1, 2, and 3 as listed above.

3. Project 87/88 secure form signed by the supervisor identifying the means of securing the unit (example, boards, locks).

4. Project 87/88 will secure only those properties where the police have verified that occupants are a nuisance and have not left voluntarily as in accordance with the time frame set in Ordinance #63703.

**1022**

## BOARD UP PROCEDURE

When the building is to be secured, attach a copy of the condemnation and an updated ownership from the assessor's computer.

If premise/unit is occupied, give the day, date and time for the board up crew to respond.

Inspector should schedule to meet with the police approximately 30 minutes  prior to the board up crew arrival. Premise should've been vacated and ready for securing .

If the building is vacant, attach the documents.

Turn in all requests to the immediate supervisor.

7

**1023**

## PERMISSION TO ENTER FORM

This form is utilized to allow the owner or legal tenant entry into the premise to clean up, remove personal belongings without the fear of being arrested by the police department for occupying a condemned building. The owner/tenant is responsible for opening one entrance and to secure that same entry when leaving.

This form can be issued to the legal tenant but the property owner or management company should be notified by the inspector prior to allowing access. This form can be picked up in the office or mailed.

The owner/management company will have to schedule arrangements for the tenant to reenter during the specified dates and time set up by this department.

Inform the owner management company that this is not permission to start or complete any work and that permits still may be required.

All entry forms must be processed through the immediate supervisor.

8

**1024**

## ARREST WARRANT PROCEDURE

The following procedure should be used for obtaining arrest warrants for persons occupying condemned buildings

1.  Charge the person(s) with occupying a condemned building. Section 119.1 of Ordinance #63703.

2.  Send the charge over to the Court Section to be printed.

3.  Susan Phelps will take the information to the City Court to obtain the warrant

4.  If Susan Phelps is unavailable, take the printed information to another city counselor at City Court.

5.  Susan Phelps will return the warrant to the Building Division.

6.  The warrant must be served by the police.

7.  Attached is a sample warrant. These warrants are available at City Court.

8.  A warrant may be issued without specific identifying information but try to obtain as much information as possible.

9.  If the person's name is not known, the warrant can be issued against "John Doe, occupant of _____" or " Jane Doe, occupant of _____".

10.  Once the actual name of the person is known, we will substitute the correct name pursuant to Rule 37.38.

11.  If additional people are found in the building, the police may arrest them and obtain a warrant as soon as possible. Following the above procedure.

12.  Figure on a 24 hour turn-around from sending the charge to the court section and getting a warrant.

**1025**





## City of St. Louis

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
CLARENCE HARMON
MAYOR

Julian E. Boyd
Director of Public Safety

Ronald H. Smith, R.A.
Building Commissioner

# EXAMPLE

February 6, 1998

The Wilson Company
Randy Danny
2929 First St.
St. Louis, MO 63122

**Re-Inspection Date:** January 23, 1998



**INTENT TO VACATE**

Dear Property Owner:

The property known as 2020 Francie, Lot no. n part of lot #8 in City Block: 6789.00 was **condemned for occupancy** on January 13, 1998.

This is to notify you that the above property is currently occupied in violation of Section 119.4 of Ordinance #63703. Section 119.4 states:

No owner, or agent of the owner, of any building, structure or premise, after notice from the Code Official that such building, structure or premises is unsafe of dangerous, shall rent or lease the same of any part thereof, or collect any rent thereof, until such building, structure or premises has been placed in a safe and secure condition.

By order of the Code Official, you are to vacate said building/unit within 48 hours from the date of this notice. If said building/unit is not vacated the Code Official will notify the Police Department to immediately remove any person(s) from the building/unit and to prevent anyone from re-entering said building/unit until notified by the Code Official.

Furthermore, if said building/unit is not vacated within 48 hours of this notice you will be subject to prosecution under section 119.4 of Ordinance #63703.

### SO ORDERED

### Code Official

**For further information contact:**
INSPECTOR: Joshua Rogers          622-3898          SUPERVISOR: K. Robinson
Ward: 9

**1026**

# PROJECT 87

## GUIDELINES

## INDEX

PAGE

A.   PROGRAM DESCRIPTION                                        1

B.   GENERAL PROCEDURES                                         2

C.   INSPECTORS DUTIES                                          3

D.   SUPERVISOR DUTIES                                          4

E.   PROCEDURAL FLOW CHART                                      5

F.   CONDEMNATION PROCEDURES                                    6
     CHECK-OFF PROCEDURES                                       7

G.   SECURING BUILDING PROCEDURES                             8,9

H.   ADVISORY FORM                                             10

I.   PROCEDURE FOR OWNERS TO ENTER                            11
     ENTRY FORM                                                12

J.   ARREST WARRANT PROCEDURES                              13, 14

K.   CONSENT TO INSPECT                                        15

**1028**

## BUILDING DIVISION/POLICE DEPARTMENT
## DRUG RAIDS - BUILDING INSPECTIONS

The Building Division and the Police Department are conducting a program which involves making building inspections that are generated by drug raids (search warrant and consent to search). The program is a joint effort by the two agencies to target houses which are used to facilitate the sale of drugs. The building inspectors will determine if there are any building code violations and if the building should be condemned for occupancy. The program will remove irresponsible tenants and owners of property where drug activities are taking place and assist property owners in taking steps to abate a public nuisance. This cooperative effort offers a unique approach to neighborhood renewal in St. Louis

The Building Division will assign a building inspector to each Area Station. Office space and access to a telephone will be provided for each building inspector. The Area Station Executive will be the police department liaison with the building inspectors.

All inspectors assigned to the drug house inspection program will work from 8:00 am to 5:00 pm daily, but will be available 24 hours a day for raids. The inspector will keep their supervisor informed of all assignments being performed for the Police Department. After any paperwork has been completed and assignments given, the inspector will report to their assigned area station, at this time the following area station assignments are:

Area 1 John MacEnulty; Area 2 John Bruce; Area 3 Hillard Martin

The inspector will report to the area station executive officers, for any work assignments and then proceed to the field.

A police department unit may request the services of a building inspector to accompany them when they are going to execute a search warrant to search for drugs by contacting the building inspectors at the Area Station or by pagers. Building inspectors should be given as much advanced notice as possible. Building inspectors will also be available to accompany police department personnel on consent to search situations.

The police unit will call the inspector's pagers. The inspectors will return the page as soon as possible. The inspector will meet the requesting police unit at the area station where transportation to and from the raid scene will be provided.

The building inspectors will notify the Area Station Executive Officer when reinspection or posting of notices are necessary at a building, and they will provide transportation for the inspector.

Police officers, who are not involved in the execution of drug related search warrants or consent to search situation, and becomes aware of possible building code violations may provide this information to the Area Station Executive Office. The Area Station Executive Officer will give the information to a building inspector, for handling in the manner in which such reports are normally handled by the Building Division.

1

**1029**

## BUILDING DIVISION NARCOTICS SECTION PROCEDURES

Whenever the Police Department request an inspection of an alleged drug house the following is our procedure:

1. The building division inspector will wait for police at the Area Station, or designated staging area. Once the premise is secured and deemed safe, the inspector will be escorted to the violation address.

2. All paperwork will be turned in the following work day and the inspector will check all systems to determine if any other building inspections have occurred or have been scheduled.

3. The inspector will notify other sections, of "87" involvement. Other inspections will be suspended until the case is released by the "87" inspector.

4. Once the case is released, the inspector will notify the appropriate sections via advisory form, so that any outstanding obligations can be addressed.

5. Premises condemned for narcotics related reasons, will be held under Project 87 for 60 days, in order to honor appeal time, and any decision rendered by the board.

6. Condemned properties without appeals, and no further complaint or drug activity will be held 30 days only. Any complaints after 30 days will be directed to the district supervisor. All properties condemned by Project 87, are to be lifted by Project 87 inspectors.

7. Any permits approved and applied for at the request of Project 87, will be handled by 87 inspector.

8. Any certificate or occupancy application that is flagged condemned for occupancy, should have Project 87 address CFO before their inspection is made.

2

**1030**

September 1, 1995

## Project 87 Inspector Duties

1. Accompany police on drug raids (search warrants or consent to search).

2. Provide inspection reports or condemnation resulting from drug raids.

3. Coordinate with the police and the Building Division Board-up crew for the securing of condemned drug premise.

4. Represent the Building Division at the Board of Building Appeals.

5. Maintain contact with area station executive officer at assigned station.

6. Posting for Operation Safestreet.

7. Make any other inspections as assigned.

8. Ride with police and make other inspections requested by police while on calls for service , if situation is a narcotic related call, and a signed consent to inspect form is obtained.

3

**1031**

September 1, 1995

## Project 87 – Supervisor Duties

1. Provide monthly report of Project 87 inspectors performance.

2. Maintain contact with area station executive officer to determine inspectors performance.

3. Assign daily work loads and maintain accurate daily work sheets.

4. Oversee all condemnation files and insure all necessary documents are included.

5. Review and approve all board-up or secure actions.

6. Approve and assign any after hours speaking engagements.

4

**1032**



PROJECT 87
SEARCH WARRANT AND CONSENT TO SEARCH PROCEDURE

5

1033

CFO PROCEDURES - PROJECT 87

ORDINANCE 60664 SEC. 120 IS BASIS FOR CONDEMNATION

Use folder - on front of folder include

1. Ward precinct
2. Building address (unit number)
3. Category - #87

Include in Folder

1. Ownership (date must be same or after last reinspection date)
2. Demo release slip
3. Personal contact form
4. CFO check off sheet
5. Int/ext. check off sheets

First POSTING - POST WITH LETTER ONLY - TAKE 1 PHOTO

10 Day Reinspection Posting

1. You will receive CFO reinspection sheet only and contact sheet
   and ownership
2. Check ownership and appeals before posting
3. Update personal contact sheet in folder line #10, check for
   appeal information and date and sign subsequent
4. Ownership sheet check on ownership form in folder
5. Reinspection sheet marked clearly either:

   A. Lift CFO (if violation/s has been corrected
   B. Refer to Police to be vacated
   C. Determining if building needs to be secured
   D. Refer to Court (if violation/s has not been corrected

6

**1034**

September 1, 1995

## MANDATORY ITEMS TO BE IN FILE BEFORE:

### POSTING CONDEMNATION:

1. Inspectors report those items warranting condemnation must have detailed photographs.

2. Copy of search warrant, consent to search or inspect must be in file.

3. All standard condemnation information.

4. Posting must be posted and photographed the same day as the letter is dated.

## MANDATORY ITEMS TO BE IN FILE BEFORE:

### SECURING OF UNIT:

1. Copy of police report or documentation verifying narcotics arrest at location or by occupant of residence.

2. Items 1, 2 and 3 as listed above.

3. Project 87 Secure Form signed by supervisor identifying means of securing unit.  (Example: boards, locks, etc.)

4. Project 87 will secure only those properties where the police have verified narcotic arrest at that premise, or where building is not properly secured at time of evacuation.

7

**1035**

## BOARD UP PROCEDURE

When building is to be secured, attach a copy of condemnation and an updated ownership off of assessors computer.

If occupied give a day, date and time for board-up crew to respond.  Inspector should schedule to meet with police, approximately 30 minutes prior to board-up crew arrival. Have occupants out and premise ready for board-up.

If building is vacant, just attach the documents.

Turn all request into supervisor.

8

**1036**

PROJECT 87

BOARD UP ORDER


OK TO SECURE BUILDING LOCATED AT _____

INSPECTOR _____ DATE _____


_____   BUILDING VACANT, OK TO SECURE.

_____   BUILDING OCCUPIED, PLEASE SECURE.


_____        _____        _____
        DAY                         DATE                        TIME



                                          _____
                                               SUPERVISOR

9

**1037**

PROJECT 87

ADVISORY FORM

DATE: _____

TO:    DISTRICT SUPERVISOR
       WARD _____

FROM:  SUPERVISOR, PROJECT 87

RE: _____
    _____
    _____

The above address is presently under CFO notice by this unit.
Any further information, inquires, and/or permits should be
forwarded to the unit supervisor for disposition.

(___)  Unit(s) condemned-revoke existing valid certificates
       and/or abandon outstanding applications.

(___)  Violations complied, CFO has been lifted, send
       application letter.

_____
87 Inspector

10

**1038**

*USE OF FORM*
*OWNERS PERMISSION TO ENTER*

*Form is designed to allow owner/tenant entry into premise to clean-up, remove tenant personal items, furniture and clothing, without fear of arrest by the Police Department. Owner will be responsible to open one entrance, and to secure that entry when he leaves.*

*Please make owner aware that this is not permission to complete any work, and that the proper permits are still required.*

*This form is to be issued to the owner only.  It can be picked up in the office or mailed if time permits.*

*Permission is only given to the owner to enter property. If a tenant needs to gain access to unit, they must, make contact with the owner.*

*The owner will have to make the arrangement of time to meet the tenant at the site to allow entry.*

*Inspector will complete form with appropriate dates, and times, and sign form.  Give to supervisor.*

11

1039



# City of St. Louis
## DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF BUILDING AND INSPECTION
FREEMAN R. BOSLEY, JR.
MAYOR



Date: _____

Valid thru _____

St. Louis Police Department
City of St. Louis

TO WHOM IT MAY CONCERN:

_____ is the owner of _____
which has been condemned for occupancy by, our Project 87 inspector.

The owner has received permission to gain entry to this property on
_____, _____ between the hours of 8am to
4pm only, to remove personal belongings or clean-up.   Owner is
responsible for opening one entrance, and resecuring this entry
before leaving property.

This is not permission to occupy or make any repairs to this property. Repairs
may be legally completed when proper building permits have been approved
and posted on site.

Any unauthorized entry to this property will result in your arrest.
If questions or concerns please contact 622-3382.

Sincerely,

_____
Code Official

12

Building Safety in NO Accident

1040

# A R R E S T   W A R R A N T
## P R O C E D U R E

The following procedure should be used for obtaining arrest warrants for persons occupying condemned buildings.

1. Charge person with Occupying a Condemned Building, Section 120.7 of Ordinance 60664.

2. Send charge over to Court Section to be printed.

3. Paul Diekhoff will take information to City Courts to obtain warrant.

4. If Paul Diekhoff is unavailable then take the printed information to another City Counselor at City Courts.

5. Paul Diekhoff will return the warrant to the Building Division.

6. The warrant must be served by the police.

7. Attached is a sample warrant.  These warrants will be at City Courts.

8. A warrant may be issued without specific identifying information but try to obtain as much information as possible.

9. If the person's name is not known when the warrant can be issued against "John Doe, occupant of _____" and "Jane Doe, occupant of _____"

10. Once the actual name of the person is known, we will substitute the correct name pursuant to Rule 37.38.

11. If additional people are found in the building the police may arrest them and obtain a warrant as soon as possible.  Follow the above procedure.

Since this system is as yet untested there may be a few bugs to work out. Figure on a 24 hour turnaround from sending the charge to the Court Section and getting a warrant.

13

**1041**

| STATE OF MISSOURI | WARRANT FOR ARREST | CASE NO: |
|---|---|---|
| IN THE CIRCUIT COURT OF | DIVISION NO. __ | |

| STATE OF MISSOURI CITY OF ST. LOUIS | YOU ARE COMMANDED TO ARREST | ORDINANCE VIOLATION(S) CHARGED: |
|---|---|---|
| Plaintiff, vs. Defendant, | ADDRESS: | |

Identifying       DOB          SEX          SOCIAL SECURITY NUMBER
Information:

          HEIGHT        WEIGHT        PLACE OF EMPLOYMENT

Conditions of Release

Bond Set At:

THE CITY OF _____ TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:

        YOU ARE COMMANDED TO ARREST THE ABOVE INDIVIDUAL WHO IS CHARGED
WITH THE ABOVE ORDINANCE VIOLATION(S) WHICH IS ALLEGED TO HAVE BEEN
COMMITTED WITHIN THE JURISDICTION OF THIS COURT, AND TO CAUSE HIM
TO BE BROUGHT BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH
THE LAW.

        YOU, THE OFFICER SERVING THIS WARRANT, SHALL EXECUTE IN
WRITING A RETURN OF THIS WARRANT TO THIS COURT.

ISSUED THIS DATE: _____, 19____.

                              _____
                              Judge/Clerk As Specifically Authorized

_____

                              RETURN

I CERTIFY THAT I HAVE SERVED THE WITHIN ARRANT IN THE CITY OF _____, MISSOURI, ON
_____ BY:

☐    Arresting the above named defendant and causing him to be brought before the court on
     _____

☐    Arresting the above named defendant and taking bond in the sum of $_____ as
     security for his appearance before the court.

                              _____
                              Arresting Officer

14

1042



# City of St. Louis
## DEPARTMENT OF PUBLIC SAFETY
### DIVISION OF BUILDING AND INSPECTION
#### FREEMAN R. BOSLEY, JR.
##### MAYOR



## CITY OF ST. LOUIS BUILDING DIVISION
## CONSENT TO INTERIOR INSPECTION

I,_____ occupant of
_____ a building located in the
City of St. Louis, Missouri, hereby authorize _____
of the City of St. Louis Building Division, to conduct a complete
interior inspection of the building.

This written permission is being given by me to the above named
building inspector voluntarily and without threats or promises of
any kind.

Signed_____
Date_____

Inspector_____
Witness_____
Date_____

**Building Inspector**
**City of St. Louis**
**Building Division**

15

*Building Safety is NO Accident*

**1043**