UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRELL WALKER, | ) |
|     as personal representative of the | ) |
|     Estate of Leon Walker, Jr., *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 4:15-cv-01254-CDP |
| | ) |
| CITY OF ST. LOUIS, Mo., | ) |
| | ) |
|     Defendant. | ) |

## Stipulation of Dismissal with Prejudice

The parties by counsel hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) that all Plaintiffs hereby dismiss all claims in Plaintiffs' First Amended Complaint with prejudice pursuant to the settlement agreement of the parties dated August 4, 2018.  By that agreement the Defendant City has paid Plaintiffs' costs.

Respectfully submitted,

Co-Counsel for Plaintiffs

  /s/ W. Bevis Schock  .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

  /s/ Hugh A. Eastwood  .
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
Vox     (314) 809 2343
Fax     (314) 863 5335

1

Counsel for Defendant City of St. Louis

JULIAN BUSH,
CITY COUNSELOR

   /s/ Erin McGowan (by consent)
Erin K. McGowan, #64020MO
1200 Market Street
City Hall, Room 314
St. Louis, Missouri 63103
Phone: 314-622-3361
Fax: 314-622-4956
McGowanE@stlouis-mo.gov


CERTIFICATE OF SERVICE

The undersigned certifies that on 8/16/2018 (s)he served a copy of this document on all counsel of record by means of the Court's Notice of Electronic Filing.

*/s/ Hugh A. Eastwood, 62058MO*